UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANCES LONG AND SAM LONG, § § Plaintiffs, § § v. § § GC SERVICES, LP., § § § Defendant. § | No.4:13-cv-270 |

## PLAINTIFFS'S COMPLAINT

FRANCES LONG and SAM LONG ("Plaintiffs"), through their attorneys, KROHN & MOSS, LTD., allege the following against GC SERVICES, LP., ("Defendant"):

## INTRODUCTION

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and 28 U.S.C. 1367 grants this Court supplemental jurisdiction over the state claims contained herein.

4. Defendant conducts business in the state of Texas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiffs each are natural persons residing in Wallis, Austin County, Texas.

7. Plaintiffs each are consumers as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiffs allegedly owe a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiffs.

9. Defendant is a national company with a business office located in Houston, Texas and conducted business in Texas at all times relevant.

## FACTUAL ALLEGATIONS

10. In or around December of 2012 and January of 2013, Defendant placed collection calls to Plaintiffs seeking and demanding payment for an alleged consumer debt.

11. Plaintiffs' alleged debt owed arises from transactions for personal, family, and household purposes.

12. Defendant called Plaintiffs' telephone number at 832-282-88XX.

13. In January of 2013, Defendant called Plaintiffs and left a voicemail message on Plaintiffs' answering machine. *See* transcribed voicemail message attached hereto as Exhibit A.

14. In the voicemail message, Defendant's representative, "Debbie" failed to meaningfully disclose the company's name, the nature of the call, or state that the call was from a debt collector. *See* Exhibit A.

15. In the voicemail message, Defendant's representative, "Debbie", directed Plaintiffs to call her back at 1-866-862-2793, which is a number that belongs to Defendant. *See* Exhibit A.

16. Defendant is using false, deceptive and misleading means in connection with attempting to collect a debt by not identifying the purpose of its phone calls or that they are an attempt to

collect a debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT
## COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on, but not limited to, the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiffs in connection with the collection of a debt

   b. Defendant violated §1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity because Defendant did not provide the identity of the caller or the nature of the debt.

   c. Defendant violated §1692e of the FDCPA by using false, deceptive or misleading representation with the collection of the debt.

   d. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

   e. Defendant violated §1692e(11) of the FDCPA by failing to disclose that the call was from a debt collector.

WHEREFORE, Plaintiffs, FRANCES LONG AND SAM LONG, respectfully request judgment be entered against Defendant, GC SERVICES, LP., for the following:

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;  and

20. Any other relief that this Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated: February 4, 2013                        By:  /s/ Ryan  Lee
                                                     Ryan Lee, Esq.
                                                     Krohn & Moss, Ltd.
                                                     10474 Santa Monica Blvd.
                                                     Suite 401
                                                     Los Angeles, CA 90025
                                                     rlee@consumerlawcenter.com
                                                     Phone: (323) 988-2400 x 241
                                                     Fax: (866) 861-1390
                                                     *Attorneys for Plaintiffs*

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF TEXAS

Plaintiffs, FRANCES LONG AND SAM LONG, state the following:

1. I am one of the Plaintiffs in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, FRANCES LONG AND SAM LONG, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

1-23-13
Date

FRANCES LONG

1-23-13
Date

SAM LONG

5