## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS,
## HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCES LONG AND SAM LONG, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. |
| | § | **4:13−cv−270** |
| GC SERVICES, LP., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT

Plaintiff hereby accepts Defendant Rule 68 Offer of Judgment attached hereto as Exhibit A.

Dated:  April 30, 2013          By:  /s/ Ryan  Lee
Ryan Lee, Esq.
Krohn & Moss, Ltd.
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
rlee@consumerlawcenter.com
Phone: (323) 988-2400 x 241
Fax: (866) 861-1390
*Attorneys for Plaintiffs*