# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCES LONG AND SAM LONG, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 4:13-cv-00270 |
| | § | |
| GC SERVICES, LP., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, FRANCES LONG AND SAM LONG, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: May 3, 2013                    Respectfully Submitted,

                    By:/s/ Ryan Lee
                     Ryan Lee
                    Attorneys for Plaintiff
                    Krohn & Moss, Ltd.
                    10474 Santa Monica Blvd. Suite 405
                    Los Angeles, CA 90025
                    Tel: 323-988-2400 x241
                    Fax: (866) 861-1390
                    rlee@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

        s/ Ryan Lee
        Ryan Lee
        Attorney for Plaintiff