UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANCES LONG AND SAM LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:13-cv-00270 |
| ) | |
| GC SERVICES, LP., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, FRANCES LONG AND SAM LONG ("Plaintiff"), and Defendant, GC SERVICES, LP., ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs.  Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: May 16, 2012

| | |
|---|---|
| KROHN & MOSS, LTD. | CHAMBERLAIN, HRDLICKA, WHITE WILLIAMS & AUGHTRY, P.C. |
| /s/ Ryan Lee | /s/ William S. Helfand |
| Ryan Lee (CA SBN: 235879) | William S. Helfand; SBN: 09388250 |
| Krohn & Moss, Ltd | Fed. ID No. 8791 |
| 10474 Santa Monica Blvd. Suite 405 | 1200 Smith, Suite 1400 |
| Los Angeles, CA 90025 | Houston, Texas 77002 |
| Tel: 323-988-2400 x241 | Telephone: (713) 658-1818 |
| Fax: (866) 861-1390 | Facsimile: (713) 658-2553 |
| rlee@consumerlawcenter.com | bill.helfand@chamberlainlaw.com |
| Attorney for Plaintiffs, FRANCES LONG AND SAM LONG | Attorney for Defendant, GC SERVICES, LP |