UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCES LONG AND SAM LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:13-cv-00270 |
| | ) | |
| GC SERVICES, LP., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF STIPULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

Signed on this 20th day of May, 2013.

Kenneth M. Hoyt
United States District Judge